No. 1292. PEOPLE, APPELLEE, *v.* CRUZ, APPELLANT.—Assault and battery. Humacao. November 12, 1918. *Affirmed.*

---

No. 240. ZENTENO, PETITIONER, *v.* SEPÚLVEDA, DISTRICT JUDGE, RESPONDENT.—Certiorari. Ponce. November 12, 1918. *Petition denied.*

---

No. 1295. PEOPLE, APPELLEE, *v.* DÍAZ, APPELLANT.—Assault and battery. San Juan, Section 2. November 14, 1918. *Modified and affirmed.*

---

No. 1298. PEOPLE, APPELLEE, *v.* RODRÍGUEZ ET AL., APPELLANTS.—Assault and battery. San Juan, Section 2. November 14, 1918. *Affirmed.*

---

No. 1297. PEOPLE, APPELLEE, *v.* BARROSO, APPELLANT.—Assault and battery. San Juan, Section 2. November 15, 1918. *Affirmed.*

---

No. 1300. PEOPLE, APPELLEE, *v.* OLIVERAS, APPELLANT.—Adulteration of milk. San Juan, Section 2. November 15, 1918. *Affirmed.*

---

No. 1304. PEOPLE, APPELLEE, *v.* PARRA, APPELLANT.—Embezzlement. San Juan, Section 2. November 19, 1918. *Modified and affirmed.*

---

No. 1307. PEOPLE, APPELLEE, *v.* GARCÍA, APPELLANT.—Assault and battery. San Juan, Section 2. November 21, 1918. *Affirmed.*